Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.: 18−42357−BDL
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Otto Schave<br>7317 NE Hazel Dell Ave #24<br>Vancouver, WA 98665 | Linda Eileen Schave<br>nka Linda Eileen Smith<br>7317 NE Hazel Dell Ave #24<br>Vancouver, WA 98665 |
| Social Security / Individual Taxpayer ID No.:<br>xxx−xx−9007 | xxx−xx−9080 |
| Employer Tax ID / Other nos.: | |

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **February 25, 2019 for Edward Otto Schave, Debtor and Linda Eileen Schave, Joint Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: February 25, 2019

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court